**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00316-CR

**CARLOS MEDRANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-418**

## ORDER

We **VACATE** our order of December 6, 2012 ordering the case submitted without appellant's brief.

We **GRANT** appellant's December 31, 2012 motion for extension of time to file appellant's brief. Appellant's brief tendered to the Clerk of the Court on January 2, 2013 is **DEEMED** timely filed as of the date of this order.

We **DENY AS MOOT** appellant's December 17, 2012 motions to reconsider and third motion for extension of brief.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
            JUSTICE